■ In the Matter of JOHN DZIEDZIC, Appellant, v WALTER J. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: Petitioner's primary argument on appeal is that his Tier III hearing was not commenced in a timely fashion. We find that since the seven-day period for commencing petitioner's hearing (7 NYCRR 251-5.1 [a]) ended on Veterans' Day, a public holiday, respondent's request for an extension of time and the commencement of the hearing on the next succeeding business day was timely *(see,* General Construction Law § 25-a [1]; *cf., People ex rel. Frost v Meloni,* 124 AD2d 1032, *lv denied* 69 NY2d 606; *Matter of Picciano v Hammock,* 92 AD2d 1043, 1044, *lv denied* 59 NY2d 606). Petitioner's remaining argument regarding the penalty range for Tier III violations has no merit *(see, Matter of Coleman v Kelly,* 130 AD2d 976, *affd*

72 NY2d 850). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.